IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                          Case Nos.:   3:02cr3/RV/EMT
                                                                            3:18cv2038/RV/EMT

PAUL ALLEN HUDSON
_____/

## **REPORT AND RECOMMENDATION**

Defendant, proceeding pro se, filed a document titled "Motion to Vacate, Set Aside or Correct a Federal Sentence Pursuant to 28 U.S.C. 2255(f)(3)" (ECF No. 66). His motion was neither signed nor on the proper form. A signature on a submission serves as a declaration under penalty of perjury that the contents of the submission are true and correct, as well as a safeguard to ensure that no one has submitted the pleading without the knowledge and approval of the named litigant. The lack of signature alone is thus a fatal defect.

In light of the deficiencies in Defendant's motion, on August 28, 2018, the court directed Defendant to file a signed amended motion on the proper court form (ECF No. 67.) Defendant did not respond to the court's detailed order.

On October 23, 2018 the court entered an order directing Defendant to show cause why his case should not be dismissed (ECF No. 69.) The order instructed Defendant to file either an amended motion or a notice of voluntary dismissal.

Defendant was warned that failure to comply with the order would likely result in a recommendation that this action be dismissed. Again, Defendant has not responded.

Accordingly, it is respectfully **RECOMMENDED**:

The "Motion to Vacate, Set Aside or Correct a Federal Sentence Pursuant to 28 U.S.C. 2255(f)(3)" (ECF No. 66) be **DISMISSED without prejudice** due to Defendant's failure to comply with an order of the court.

**DONE AND ORDERED** this 29th day of November 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

Case Nos.: 3:02cr3/RV/EMT; 3:18cv2038/RV/EMT