IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.: 3:02cr3/RV/EMT
                3:18cv2038/RV/EMT

PAUL ALLEN HUDSON
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 29, 2018 (ECF No. 70). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The "Motion to Vacate, Set Aside or Correct a Federal Sentence Pursuant to 28 U.S.C. 2255(f)(3)" (ECF No. 66) is **DISMISSED without prejudice** due to Defendant's failure to comply with an order of the court.

**DONE AND ORDERED** this 8th day of January, 2018.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**